UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Douglas Walgren, et al.
                               Plaintiff,

v.                                           Case No.: 1:17–cv–04036
                                                         Honorable Andrea R. Wood

Stephen Madden, et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 19, 2019:

         MINUTE entry before the Honorable Andrea R. Wood: Status hearing held. Pursuant to the discussion held in open court, case dismissed with prejudice. Judgment entered in favor of Defendants. Civil case terminated. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.